**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| In Re: | Case No. 19-01327 HB |
| | Chapter 7 |
| Travinia Italian Kitchen at Leesburg, LLC | |
| Debtor. | |

**MOTION FOR AUTHORIZATION TO OPERATE A BUSINESS**

NOW COMES, the Chapter 7 Trustee, John K. Fort, ("Trustee"), and requests that the Court enter an Order for Authorization to Operate a Business.   In support of the Motion, the Trustee would show the Court as follows:

1. John K. Fort was appointed Chapter 7 Trustee on March 6, 2019.

2. The debtor is a restaurant in Leesburg, Virginia. In anticipation of a sale, the debtor entered into a Management Agreement, pre-petition with Bob MacDonald, Jr. who is familiar with the restaurants since he was already managing the Travinia Italian Kitchen at Leesburg, LLC.   The Trustee would like to continue operations under the Management Agreement for the purpose of preserving the assets in anticipation of consummating a sale. A copy of the Management Agreement will be filed with the Court and also be available by contacting the Trustee. A Notice of Sale Free and Clear of Liens is being filed the soon after this Motion. The sale is to the manager, Bob MacDonald, Jr.

3. There will be no expenses incurred by the estate and no income to the estate until the sale closes.

4. Pursuant to 11 U.S.C. §704(a)(8) the Trustee will file monthly operating reports with the Court and the United States Trustee as directed.

5. The Trustee is requesting to operate for a period of 90 days from the entry of the Order with leave to ask for additional time if necessary.

6. 11 U.S.C.  §721 provides that the Court may authorize the Trustee to operate the business of the debtor for a limited period if it is in the best interest of the Estate and consistent with the orderly liquidation of the Estate.

7. The Trustee requests an ex parte Interim Order to operate until such time as the Court can set the matter for hearing.

WHEREFORE, the Trustee prays that the Court enter an Interim Order authorizing the Trustee to operate the Travinia Italian Kitchen at Leesburg, LLC pursuant to the Management Agreement; an Order authorizing the Trustee to operate the Travinia Italian Kitchen at Leesburg, LLC pursuant to the management agreement for 90 days; and for such other and further relief as it deems just and proper.

Date: March 6, 2019

/S/*John K. Fort*
Chapter 7 Trustee
Post Office Box 789
Drayton, SC 29333
District ID #863
(864)237-8284