| In Re: | Case No. 19-01325 HB |
|---|---|
| Travinia Italian Kitchen at Richmond, LLC | Chapter 7 |
| Debtor. | |

## ORDER TO OPERATE BUSINESS

This proceeding comes before the Court for the Motion for Authorization to Operate a Business filed by John K. Fort, Trustee.   The Trustee has represented to the Court that it is in the best interest of the Estate to begin operating the debtor's business as necessary to provide for an orderly liquidation of the Estate.   11 U.S.C. §721 provides that the Court may authorize the Trustee to operate a business of the debtor for a limited period, if such operation is in the best interest of the Estate and consistent with the orderly liquidation of the Estate.   It is therefore,

**ORDERED, ADJUDGED AND DECREED** that the Trustee is authorized to operate the business for a limited period of 90 days from the date of this Order to liquidate the Estate.

For the Motion:

/s/ *John K. Fort*
John K. Fort, Trustee
PO Box 789
Drayton, SC 29333
District Court ID 863
(864)237-8284
johnkfort@gmail.com

**FILED BY THE COURT**
**03/26/2019**



US Bankruptcy Judge
District of South Carolina

Entered: 03/26/2019