## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: | Case No. 19-01329 |
| TRAVINIA ITALIAN KITCHEN AT CHARLOTTESVILLE, LLC | Chapter 7 |
| Debtor | Related to Doc. No. 6 |
| | Hearing: April 9, 2019, at 9:00 A.M. |

### REINHART FOODSERVICE, L.L.C.'S LIMITED OBJECTION TO TRUSTEE'S APPLICATION FOR SALE OF PROPERTY FREE AND CLEAR OF LIENS

Reinhart Foodservice, L.L.C. ("Reinhart"), by its undersigned attorneys, hereby files this limited objection to the Trustee's Application for Sale of Property Free and Clear of All Liens (Docket no. 6; the "Motion"), and in support thereof states as follows:

### BACKGROUND

1.      This court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue is appropriate in this court pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2.      On March 6, 2019 (the "Petition Date"), Travinia Italian Kitchen at Charlottesville, LLC (the "Debtor") filed a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code, 11 U.S.C. §§ 101 *et. seq.* (the "Bankruptcy Code").

3.      John Fort (the "Trustee") is the duly appointed Chapter 7 trustee for the Debtor. The Trustee sought and received permission to continue to operate the business of the debtor for a period of 90 days. See Order to Operate Business dated March 26, 2019 (Docket no. 21).

4.     Prior to the Petition Date, Reinhart supplied the Debtor with certain goods, in the form of food and food products. Reinhart continues to supply goods to the manager that continues to operate the Debtor's restaurant on a cash-in-advance basis.

5.     According to Reinhart's records,[1] the Debtor owes Reinhart approximately $93,139.57 for goods provided prior to the Petition Date. Of this amount, Reinhart estimates that $41,757.83 is for goods provided to the Debtor in the ordinary course of business within twenty days of the Petition Date, such that Reinhart will be entitled to an administrative priority claim for that amount pursuant to 11 U.S.C. § 503(b)(9) (the "503(b)(9) Claim"). Reinhart's statement of account for the Debtor, where the goods that comprise the 503(b)(9) Claim are indicated with an asterisk ("*"), is attached hereto as **Exhibit A**.

## LIMITED OBJECTION AND ARGUMENT

6.     The Motion was filed on the second day of the case. The Motion itself is only 2 pages long; there is no proposed asset purchase agreement submitted for creditor review or for court approval. According to the Motion, net of Trustee's compensation, the sale is expected to net approximately $39,100, after (discounted) payments to secured creditors.

7.     There is no mention of the Reinhart 503(b)(9) Claim anywhere in the Motion; in fact, there is no reference to possible 503(b)(9) claims at all. While Reinhart generally understands the exigencies of the case, the fact remains that unless an agreement is reached over the treatment of administrative claims, including the Reinhart 503(b)(9) Claim, this case is at substantial risk for administrative insolvency.

---

[1] The figures stated are preliminary amounts. Reinhart continues to review its records and reserves the right to amend or modify the amounts claimed, both as a total amount and as entitled to priority under § 503(b)(9).

8.    It may be that the proposed asset purchase agreement includes a provision for the payment of 503(b)(9) claims.  However, from the Motion, Reinhart has no information to conclude that is the case.  Moreover, while Reinhart has engaged in initial discussions with the Trustee about its 503(b)(9) Claim, no agreement has been reached as of the filing of this objection.  At a minimum, if Reinhart's 503(b)(9) is not going to be paid from the sale proceeds, funds should be segregated from the proceeds of the sale to assure payment of allowed administrative claims, including the Reinhart 503(b)(9) Claim.

9.    To be clear, Reinhart intends to continue to engage in discussions with the Trustee and other parties in interest in an effort to resolve the issues raised herein.  Pending any final agreement on such issues, Reinhart respectfully reserves all rights.

WHEREFORE, Reinhart requests that the relief requested in the Motion be qualified and limited as set forth above, and that the court grant such other and further relief as appropriate.

Dated: March 28, 2019.

Respectfully submitted,
JOHNSON, SMITH, HIBBARD & WILDMAN
LAW FIRM, L.L.P.

By:    /s/ Donna Faye Shetley
        Donna Faye Shetley, #3823
        Johnson, Smith, Hibbard & Wildman Law Firm, LLP
        Post Office Drawer 5587
        Spartanburg, South Carolina 29304-5587
        Telephone: (864) 582-8121
        Facsimile: (864) 585-5328
        Email: dshetley@jshwlaw.com

        Samuel C. Wisotzkey, Esq.
        Wisconsin Bar No. 1029537
        KOHNER, MANN & KAILAS, S.C.
        Washington Building
        4650 N. Port Washington Rd.
        Milwaukee, WI 53212-1059
        Telephone (414) 962-5110

Facsimile (414) 962-8725
swisotzkey@kmksc.com
Attorneys for Creditor
Reinhart Foodservice, L.L.C..

**Reinhart**
Get it right from us.

Reinhart Foodservice, L.L.C.
1201 Progress Road
Suffolk, VA 23434

| Statement Date | 03/08/19 |
|---|---|
| Customer Account Number | i668 |

**Total Amount Due:  $93,139.57**

Ship To Address:  Travinia - Charlottesvill
2075 Bond St
Charlottesville, VA 22901

Remit to:

TRAVINIA - BILL TO
301 MARKET CENTER DR

MORRISVILLE, NC 27560

Reinhart Foodservice, L.L.C.
1201 Progress Road
Suffolk, VA 23434

Terms :   0 Day

Credits shown on this statement have been reflected in the balance due amount.

65847 : Travinia - Charlottesvill
Ste 100 Charlottesville, VA 22901

52065847

| DATE | DOCUMENT TYPE | DOCUMENT NUMBER | ORIGINAL AMOUNT | APPLIED AMOUNT | DUE DATE | BALANCE DUE | |
|---|---|---|---|---|---|---|---|
| 01/03/19 | Credit Memo | 673502 | -26.63 | | 01/04/19 | -26.63 | |
| 01/08/19 | Credit Memo | 674817 | -188.00 | | 01/09/19 | -188.00 | |
| 01/18/19 | Invoice | 677855 | 36.24 | | 01/19/19 | 36.24 | |
| 01/18/19 | Invoice | 678054 | 45.13 | | 01/19/19 | 45.13 | |
| 01/19/19 | Credit Memo | 678131 | -18.02 | | 01/20/19 | -18.02 | |
| 01/21/19 | Invoice | 678362 | 5,688.01 | | 01/22/19 | 5,688.01 | |
| 01/23/19 | Credit Memo | 679025 | -110.52 | | 01/24/19 | -110.52 | |
| 02/01/19 | Credit Memo | 681544 | -22.77 | | 02/02/19 | -22.77 | |
| 02/06/19 | Credit Memo | 682868 | -43.87 | | 02/07/19 | -43.87 | |
| 02/06/19 | Credit Memo | 682869 | -38.93 | | 02/07/19 | -38.93 | |
| 02/06/19 | Credit Memo | 682871 | -12.90 | | 02/07/19 | -12.90 | |
| 02/06/19 | Credit Memo | 682872 | -32.34 | | 02/07/19 | -32.34 | |
| 02/06/19 | Credit Memo | 682873 | -6.45 | | 02/07/19 | -6.45 | |
| 02/06/19 | Credit Memo | 682876 | -33.53 | | 02/07/19 | -33.53 | |
| 02/06/19 | Credit Memo | 682878 | -28.64 | | 02/07/19 | -28.64 | |
| 02/06/19 | Credit Memo | 682879 | -31.75 | | 02/07/19 | -31.75 | |
| 01/03/19 | Invoice | 673488 | 5,563.68 | | 02/17/19 | 5,563.68 | |
| 01/04/19 | Invoice | 674011 | 304.77 | | 02/18/19 | 304.77 | |
| 01/07/19 | Invoice | 674497 | 6,097.99 | | 02/21/19 | 6,097.99 | |
| 01/10/19 | Invoice | 675542 | 45.13 | | 02/24/19 | 45.13 | |
| 01/10/19 | Invoice | 675727 | 4,290.45 | | 02/24/19 | 4,290.45 | |
| 01/10/19 | Invoice | 675762 | 24.29 | | 02/24/19 | 24.29 | |
| 01/15/19 | Invoice | 676716 | 2,642.77 | | 03/01/19 | 2,642.77 | |
| 03/07/19 | Invoice | 690886 | 45.61 | | 03/08/19 | 45.61 | |
| 03/07/19 | Invoice | 690887 | 45.61 | | 03/08/19 | 45.61 | |
| 01/24/19 | Invoice | 679384 | 4,440.25 | | 03/10/19 | 4,440.25 | |
| 01/28/19 | Invoice | 680186 | 5,036.10 | | 03/14/19 | 5,036.10 | |
| 01/30/19 | Invoice | 681109 | 45.13 | | 03/16/19 | 45.13 | |
| 01/31/19 | Invoice | 681290 | 4,052.91 | | 03/17/19 | 4,052.91 | |
| 02/04/19 | Invoice | 682218 | 5,181.35 | | 03/21/19 | 5,181.35 | |
| 02/07/19 | Invoice | 683201 | 3,975.64 | | 03/24/19 | 3,975.64 | |
| 02/11/19 | Invoice | 684057 | 4,415.03 | | 03/28/19 | 4,415.03 | |
| 02/14/19 | Invoice | 685208 | 6,578.09 | | 03/31/19 | 6,578.09 | * |
| 02/18/19 | Invoice | 686049 | 5,905.97 | | 04/04/19 | 5,905.97 | * |
| 02/21/19 | Invoice | 687080 | 4,382.38 | | 04/07/19 | 4,382.38 | * |
| 02/25/19 | Invoice | 687808 | 4,938.03 | | 04/11/19 | 4,938.03 | * |
| 02/26/19 | Invoice | 688487 | 106.87 | | 04/12/19 | 106.87 | * |

For internal use : 52065847

| DATE | DOCUMENT TYPE | DOCUMENT NUMBER | ORIGINAL AMOUNT | APPLIED AMOUNT | DUE DATE | BALANCE DUE | |
|---|---|---|---|---|---|---|---|
| 02/28/19 | Invoice | 689036 | 6,636.51 | | 04/14/19 | 6,636.51 | * |
| 03/01/19 | Invoice | 689241 | 18.02 | | 04/15/19 | 18.02 | * |
| 03/04/19 | Invoice | 689955 | 13,191.96 | | 04/18/19 | 13,191.96 | * |

| | |
|---|---|
| Past Due | $24,144.11 |
| Current | $68,995.46 |
| Balance Due | $93,139.57 |

## Amount Enclosed $ _____

Please provide your Customer Account Number and all Document Numbers paid on your remittance.

Payments received within 3 business days before the statement date may not be reflected on this statement.

If you have questions regarding amounts due on your statement, please contact the credit department at (608) 793-9441 or (800) 827-4020 x500441.

If you have any other questions, please contact your local customer service department at (757) 538-8000 or (800) 868-4517.

For internal use : 52065847

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

IN RE:                                      Case No. 19-01329

TRAVINIA ITALIAN KITCHEN AT                 Chapter 7
CHARLOTTESVILLE, LLC

       Debtor

_____

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on the 28th day of March, 2019, I have caused a copy of ***Reinhart Foodservice, L.L.C.'s Limited Objection to Trustee's Application for Sale of Property Free and Clear of Liens*** upon attorneys for the parties, or individuals shown below by depositing a copy of the same in the United States Mail, postage prepaid, in the correct amount and addressed to the last known address(es), and was served electronically through CM/ECF, as permitted by Operating Order, and as follows:

Travinia Italian Kitchen at          Adam J. Floyd, Esq.          John K. Fort,
Charlottesville, LLC                 Beal, LLC                    United States Trustee
1200 Woodruff Rd., C-36              1301 Gervais St., Ste. 1040  P.O. Box 789
Greenville, SC 29607                 Columbia, SC 29201           Drayton, SC  29333

Office of U.S. Trustee
Strom Thurmond Federal Bldg.
1835 Assembly St., Ste. 953
Columbia, SC 29201

                        /s/ Donna Faye Shetley