UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

IN RE:

TRAVINIA ITALIAN KITCHEN AT
LEESBURG, LLC

Debtor

Case No. 19-01327

Chapter 7

## ORDER GRANTING REINHART FOODSERVICE, LLC'S MOTION FOR ALLOWANCE AND IMMEDIATE PAYMENT OF 503(b)(9) CLAIM

On Motion of Reinhart Foodservice, LLC ("Reinhart"), for allowance of an administrative expense claim in the amount of Twenty-Seven Thousand Eight Hundred Twenty-Nine and 95/100ths ($27,829.95) Dollars and immediate payment of the same, pursuant to U.S.C. § 503(b)(9) for the value of certain goods, in the form of food and food products, sold by Reinhart and received by Debtor within twenty (20) days prior to the commencement of this case (the "Motion"), the Motion being noticed, no objection to the Motion being timely filed, and good cause appearing therefore, now, therefore, it is hereby

ORDERED that the Application is hereby granted, and Reinhart be and hereby is allowed an administrative expense claim pursuant to U.S.C. § 503(b)(9) in the amount of Twenty-Seven Thousand Eight Hundred Twenty-Nine and 95/100ths ($27,829.95) Dollars and Trustee is directed to pay said claim no later than the closing of the sale of Debtor's assets.

**FILED BY THE COURT**
**05/01/2019**



Entered: 05/01/2019

US Bankruptcy Judge
District of South Carolina