UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| In Re: | ) | Case Number 19-01327-HB |
| Travinia Italian Kitchen at Leesburg, LLC, | ) | Chapter 7 |
| Debtor. | ) | |

ORDER AUTHORIZING SALE OF ASSETS

This proceeding comes before the Court on the application of John K. Fort, Chapter 7 Trustee, for authority to sell, free and clear of liens, the estate's interest in all scheduled assets of the Debtor except cash, cash equivalents and any avoidance actions under the Bankruptcy Code (including actions under 11 U.S.C. §547 and 11 U.S.C. §548), to include, but not limited to all furniture, fixtures, equipment, inventory, intellectual property, and leases, filed March 7, 2019 (Docket #5).

The Court has been informed that all parties in interest have been notified of the intention to sell said property and that no objection to the proposed sale has been received or filed by any party with the Court, except by Reinhart Foodservice, LLC (Docket #22). Reinhart Foodservice, LLC has an administrative claim and has reached an agreement with the Trustee and withdraws its objection. Reference is made to the Order of Settlement with Reinhart Foodservice, LLC (Docket #33). The Trustee has represented to the Court that such sale is in the best interest of creditors of the estate.

A hearing was held on July 2, 2019. The Trustee represented to the Court that First Reliance Bank, a creditor with a security interest in the assets being sold, now consents to the sale on the following conditions: The sales price will be $250,000.00. First Reliance Bank will receive $125,000.00. Rappaport Management Company will receive $72,500.00. The estate will receive $52,500.00.

It is therefore,

ORDERED, ADJUDGED, AND DECREED, that the Trustee is authorized to sell and to convey the estate's interest in the above-described property, and that the liens and administrative claims claimed by the above-named creditors shall be paid from the proceeds as provided in the Notice and Application to Sell Free and Clear of Liens and Orders of Settlement referenced above,

AND IT IS SO ORDERED.

**FILED BY THE COURT**
**07/26/2019**



US Bankruptcy Judge
District of South Carolina

Entered: 07/26/2019

Page 2
ORDER AUTHORIZING SALE OF ASSETS
Travinia Italian Kitchen at Leesburg, LLC
19-01327

We Consent:

___/s/ Donna Faye Shetley_____
Donna Faye Shetley
Johnson, Smith Hibbard and Wildman Law Firm, LLP
Post Office Drawer 5587
Spartanburg, SC 29304-5587
*Reinhart* Foodservices, LLC


___/s/ Dana M. Lahey_____
Dana M. Lahey
The Geheren Firm
100 Williams Street
Greenville, SC 29601
First Reliance Bank


__/s/ Geoffrey Swanson_____
Geoffrey Swanson
Rappaport Management Company
8405 Greensboro Dr.  8th Fl
McLean, VA 22102


__/s/ John K. Fort _____
John K. Fort
Chapter 7 Trustee
P.O. Box 789
Drayton, SC 29333