**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| In Re : | Case No. -19-01327 |
| Travinia Italian Kitchen at Leesburg, LLC | Chapter 7 |
| Debtor | |

**REPORT OF SALE**

DATE OF SALE:   July 26, 2019

TYPE OF SALE:   Private

PROPERTY SOLD:   the estate's interest in all scheduled assets of the Debtor except cash, cash equivalents and any avoidance actions under the Bankruptcy Code (including actions under 11 U.S.C. §547 and 11 U.S.C. §548), to include, but not limited to all furniture, fixtures, equipment, inventory, intellectual property, and leases

PURCHASER:   Bob MacDonald

PRICE:   $250,000.00

SALES AGENT/AUCTIONEER/BROKER:   none

COMMISSION PAID ON SALE:   none

EXPENSES OF SALE: none

DEBTOR'S EXEMPTION: $ n/a

LIENS PAID FROM SALE PROCEEDS/ATTACHING TO PROCEEDS:   Lease arrearage $72,500.00; First Reliance Bank $125,000.00; and Reinhart Foodservice, LLC $15,000.00 (docket #33).

NET TO ESTATE:   $37,500.00 less $15,750.00 Trustee compensation equals $21,750.00

AMOUNT DISBURSED TO DATE/RETAINED BY TRUSTEE:   $37,500.00

> /s/John K. Fort
> John K. Fort, Trustee
> PO Box 789
> Drayton, SC   29333
> (864) 237-8284

   July 29, 2019
Spartanburg, South Carolina